| | |
|---|---|
| JOHN M. CARACAPPA* | MICHAEL J. BETTINGER (SBN 122196) |
| MATTHEW N. BATHON* | mbettinger@sidley.com |
| KATHERINE D. CAPPAERT* | **SIDLEY AUSTIN LLP** |
| NIGEL G. RAY (SBN 292638) | 555 California Street, Suite 2000 |
| jcaracappa@steptoe.com | San Francisco, CA 94104 |
| mbathon@steptoe.com | Phone: (415) 772 1200 |
| kcappaert@steptoe.com | Fax: (415) 772 7400 |
| nray@steptoe.com | |
| **STEPTOE & JOHNSON, LLP** | SAMUEL N. TIU (SBN 216291) |
| 1330 Connecticut Avenue N.W. | stiu@sidley.com |
| Washington, D.C. 20036 | BROOKE S. BÖLL (SBN 318372) |
| | brooke.boll@sidley.com |
| JAMIE LUCIA (SBN 246163) | **SIDLEY AUSTIN LLP** |
| jlucia@steptoe.com | 555 West Fifth Street, Suite 4000 |
| **STEPTOE & JOHNSON, LLP** | Los Angeles, CA 90013 |
| One Market Plaza, Spear Tower, Suite 3900 | Phone: (213) 896-6095 Fax: (213) 896-6600 |
| San Francisco, CA 94105 | |
| | Attorneys for Defendants |
| *admitted *pro hac vice* | Canadian Solar Inc. and Canadian Solar (USA) Inc. |
| Attorneys for Plaintiff | |
| THE SOLARIA CORPORATION | |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| THE SOLARIA CORPORATION, a Delaware Corporation, | Case No. 4:20-cv-02169-JST |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS** |
| v. | Judge:   Hon. Jon S. Tigar |
| CANADIAN SOLAR INC., a Canadian corporation, and CANADIAN SOLAR (USA) INC., | |
| Defendants. | |

**[PROPOSED] ORDER**

Before the Court is Plaintiff The Solaria Corporation and Defendants Canadian Solar Inc. and Canadian Solar (USA) Inc.'s (collectively, the "Parties") Joint Stipulated Dismissal of *The Solaria Corporation v. Canadian Solar Inc. et al.*, 4:20-cv-02169-JST.  The Parties have announced to the Court that they have settled their respective claims for relief asserted in this case.  Having considered the Parties' requests,

IT IS HEREBY ORDERED that all claims ever asserted in this action by The Solaria Corporation are dismissed with prejudice, and all defenses and counterclaims ever asserted in this action by Defendants Canadian Solar Inc. and Canadian Solar (USA) Inc. are dismissed without prejudice; and

IT IS FURTHER ORDERED that each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED**.

Dated: June 7, 2022

_____
UNITED STATES DISTRICT JUDGE
JON S. TIGAR